# APPRAISAL Dayton

Consulting/Real Estate Appraisal
3673 Ridgeway Road
Kettering, Ohio 45419

**Michael N. Moorhead**
State Licensed General Appraiser

**Office  937-245-1997**

## Restricted Appraisal for Current Market Value

| Owner(s) of Property | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Renard L. and Keshia James | | | | | | | | | | |
| Property Address | | | | | | | | Date Inspected | Case # 16-32571 | |
| 6821 Belleglade Drive, Huber Heights, Montgomery County, Ohio 45424 | | | | | | | | 9-Aug-16 | | |

| Type of Const: | X | Detached | Floor Finish: | | RoofingType: | 5 | Number Rm | 2 | Car Garage | X | Storm Sashes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Frame Built 2003 | | SemiDetach | Typical | | Asphalt | 3 | Bedrooms | | Car Carport | X | Storm Doors |
| | | Row | | | | 2 | Bath | | Builtin | X | Gutters |
| No Units one | 1 | Stories SplitLevel | Wall Finish Typical | | HeatingType Gas FA | | Kitchens | X | Attached | | Refrigerator |
| | | | | | | | Living Rm | | Detached | | Dishwasher |
| Square Feet 1,462 | X | Basement | | | | | Dining Rm | X | Fireplace | | GarbageDisp |
| | | CrawlSpace | Bath Finish | | CoolingType | | Family Rm | | Porch | | Microwave |
| Lot size 0.29 acre | | Slab | Typical | | CA | | Office | X | Deck | | TrashCompact |
| | | Finish Attic | | | | | Utility Rm | | Fenced | | OvenRange |
| | Pub | Indv | Comments | | | | | | Type Street Paving Asphalt | | |
| Water | X | | | | | | | | | | |
| Gas | X | | | | | | | | | | |
| Electric | X | | | | | | | | GeneralPropertyCondition Average | | |
| SanSewer | X | | Assessors Data for information | | | | | | | | |

### Valuation Factors
### Comaparative Sales Data

| Location | Price | Date | Story | SqFt | Rms | Bed | Bath | Const | Age | Garage | Finc | Land |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6515 Fountianhead Drive, Huber Heights, Montgomery County, Ohio 45424 | $143,000 | 10/26/15 | 1 Sty | 1,534 | 6 | 3 | 2 | Msnry/Frame Base Porch Deck Fence FP | 2004 | 2 car att | FHA | 0.18 acre |
| 6839 Belleglade Drive, Huber Heights, Montgomery County, Ohio 45424 | $137,000 | 10/01/15 | 1 Sty | 1,418 | 5 | 3 | 2.5 | Msnry/Frame Base Deck Fence | 2002 | 2 car att | Cash | 0.18 acre |
| 6743 Waterview Drive, Huber Heights, Montgomery County, Ohio 45424 | $159,300 | 08/17/15 | 1 Sty | 1,632 | 5 | 3 | 2 | Msnry/Frame Base Porch Deck Fench FP | 2002 | 2 car att | VA | 0.24 acre |
| 6716 Waterview Drive, Huber Heights, Montgomery County, Ohio 45424 | $169,900 | 08/14/15 | 1 Sty | 1,456 | 5 | 3 | 3 | Msnry/Frame Base Patio FP | 2002 | 2 car att | VA | 0.19 acre |



This is a restricted market value appraisal only for Chapter 13 bankruptcy purpose and is made at the request of the debtor or counsel for the debtor. The inspection of this property was done on:
   August 9, 2016

I have no present or contemplated interest in the property. Compensation for the appraisal is not contingent upon the evaluation. As a result of my analysis and investigation, it is my opinion that the Current Market value as of the above date is estimated  at    $161,500

Michael N Moorhead, Appraiser
State of Ohio General Certified