**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: November 4, 2016**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re: | Case Number 16-32571 |
| Renard Lamar James, | Chapter 13 |
| Debtor. | Judge Guy R. Humphrey |
| | AGREED ORDER FOR STAY REMOVAL |

This cause is before the Court upon the agreement of the parties for the removal of stays as to a Domestic Relations Case filed in the Montgomery County, Ohio Domestic Relations Court (Case No. 2016 DM 00493). Debtors are in the process of filing and obtaining a divorce/dissolution of marriage in the Montgomery County, Ohio Common Pleas Court Division of Domestic Relations and needs removal of the stay so that the divorce/dissolution may proceed and the jointly held property may be divided.

**IT IS ORDERED** that the stay be removed to permit the Debtor to proceed with the referenced divorce/dissolution action. This action will not affect the property of the estate, and is within the jurisdiction of this Court.

| | |
|---|---|
| /s/Andrew J. Zeigler | /s/ Scott G. Stout via email 11/2/16 |
| Andrew J. Zeigler, #0081417<br>Case Attorney for Debtor(s)<br>1340 Woodman Drive<br>Dayton, Ohio 45432<br>(937) 252-2030<br>FAX: (937) 252-9425<br>andrew@kzlawohio.com<br>*Case Attorney for Debtor Renard Lamar James* | Scott G. Stout, #0016679,<br>Attorney for Trustee,<br>Jeffrey M. Kellner<br>131 N. Ludlow St., Suite 900<br>Dayton, OH 45402<br>(937) 222-7600 ext. 137<br>Fax (937) 222-7383<br>sgstout@dayton13.com<br>*Attorney for Chapter 13 Trustee* |
| /s/ Marianne G. Dorman | |
| Marianne G. Dorman<br>2160 Patricia Drive<br>Kettering, OH 45429<br>(937) 985-4634<br>mariannedorman@outlook.com<br>*Domestic Relations Attorney for Keshia James* | /s/ Renard Lamar James<br>Renard Lamar James<br>*Debtor*<br><br>/s/Keshia James<br>Keshia James<br>*Non-Filing Spouse of Debtor* |

Copies to:

Default List

###